| Prob 22 (VAE Rev 4/13) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 1:15CR00109-002 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: <br><br> Jae Joon Song <br> 146-31 24th Avenue <br> Whitestone, New York 11357 | DISTRICT <br><br> EASTERN DISTRICT OF VIRGINIA | DIVISION <br><br> EASTERN DISTRICT OF NEW YORK |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br><br> The Honorable Liam O'Grady | |
| | DATES OF SUPERVISED RELEASE: | FROM <br> 09/01/2017 | TO <br> 08/31/2020 |

OFFENSES: Count 1s, Conspiracy to Commit Bank Fraud, in violation of Title 18, U.S.C., Section 1349
Count 20s, Aggravated Identify Theft, in violation of Title 18, U.S.C., Section 1028A & 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NEW YORK - BROOKLYN upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Sept 5, 2019
Date

/s/
Liam O'Grady
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF NEW YORK - BROOKLYN</u>

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge